# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| MIKAL AND STEPHEN BENCZE | : | No. 455 EAL 2018 |
| | : | |
| v. | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| LIBERTY MUTUAL INSURANCE CO. AND THE BANK OF NEW YORK MELLON | : | |
| | : | |
| PETITION OF: THE BANK OF NEW YORK MELLON | : | |
| | : | |
| LIBERTY MUTUAL INSURANCE CO. A/S/O MIKAL AND STEPHEN BENCZE, | : | No. 456 EAL 2018 |
| | : | |
| Respondent | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| THE BANK OF NEW YORK MELLON CORP., | : | |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 18th day of March, 2019, the Petition for Allowance of Appeal is **DENIED**.